# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Electrical Workers Health and Welfare Fund, Electrical Workers Pension Fund, National Electrical Benefit Fund, Electrical Workers Vacation Fund, Twin Ports-Arrowhead Electrical Apprenticeship and Training Fund, National Electrical Industry Fund, NECA-IBEW National Labor-Management Cooperation Fund, | Civil No. 07-2585 (RHK/RLE) **ORDER** |
| Plaintiffs, | |
| vs. | |
| C & J Wagner, Inc., d/b/a McAllister Electric Co., | |
| Defendant. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: June 6, 2007

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge